## KATHERINE CONNELL v. JACOB B. McNETT.

### WRIT OF ERROR—MOTION TO DISMISS FOR FAILURE TO SERVE BRIEF.

Motion by appellee to dismiss writ of error for failure of appellant to serve copy of brief. Granted unless in five days the appellant pays an attorney fee of $10. Case to stand for hearing at present term.

*George A. Farr*, for motion.

*Walter I. Lillie, contra.*

The facts as shown by the papers in the case, were as follows:

*a*—That the writ of error was issued October 1, 1895, returnable November 1, 1895, and was returned and filed October 10, 1895.

*b*—That on December 3, 1895, the attorney for the appellee noticed the case for hearing for the January, 1896, term of court, and the same was stricken from the docket, no brief having been furnished by the appellant.

*c* That on March 7, 1896, the case was again noticed by the attorney for the appellee for hearing, and placed upon the docket for the ensuing April term of court.

*d*—That on March 27, 1896, this motion was entered.

---

## MARY W. MULLIKIN v. THE CITY OF CORUNNA.

### NOTICE OF HEARING—WHEN CASE IN CONDITION FOR.

Motion to strike case from docket because not in a condition to be noticed for hearing. Granted.

*A. L. Chandler and A. E. Richards*, for motion.

*Watson & Chapman, contra.*

The facts as shown by the record and papers in the case, were as follows:

*a*—That the writ of error was issued February 19, 1896, returnable March 26, 1896, was returned March 25, 1896, and assignments of error were filed April 6, 1896.

*b*—That notice of hearing was served March 20, 1896,